05/10/13

Lanette Clay
126 W. Valencia Ave.
Fresno, Ca. 93706
(559)761-5012
Ford Credit Account Number: 41850917
Bankruptcy Case Number: 13-11253-B-7

FILED
MAY 10 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

To Ford Motor Credit Company

Re: Reaffirmation Agreement

To whom it may concern,

I Lanette Clay entered into a reaffirmation agreement on 04/01/13 to keep and continue paying the monthly payment of $347.81 for the 2007 Ford Fusion. After attending court and reviewing the contract I realized that I cannot continue to afford this car. You have a Kelly Blue Book price of $10,742.00, well according to the info the court has and after researching on my own the Kelly Blue Book value is around $6,000.00. Due to my current financial hardship I am rejecting the reaffirmation contract, which the judge also informed me that I have the right to do.

Sincerely,

*Lanette Clay*

Lanette Clay